UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| IN RE REMERON ANTITRUST LITIGATION | : | Consolidated Case |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : | |
| | : | Master Docket No. 02-2007(FSH) |
| | : | |
| | : | |
| | : | |
| | : | |

_____

| | | |
|---|---|---|
| MEIJER, INC., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| ORGANON INC. and AKZO NOBEL N.V., | : | Civil Action No. 03-85(FSH) |
| | : | |
|     Defendants, | : | |
| | : | |
| | : | |
| | : | |

_____

―――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ORGANON INC. and AKZO NOBEL N.V., | :    Civil Action No. 03-323(FSH) |
| | : |
| Defendants | : |
| | : |
| | : |
| | : |
| | : |
| | : |

―――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――

_____

| | |
|---|---|
| ORGANON INC. and AKZO NOBEL N.V., | : |
| Plaintiffs/Counterclaim Defendants | : |
| v. | : |
| | : |
| | : |
| MYLAN PHARMACEUTICALS, INC., | :    Docket Nos. 01-2171(FSH) and |
| |              01-3835(FSH) |
| | : |
| Defendant/Counterclaimant | : |
| | : |
| | : |
| | : |

_____

| | |
|---|---|
| ORGANON INC. and AKZO NOBEL N.V., | : |
| | : |
| Plaintiffs/Counterclaim Defendants, | : |
| | : |
| | : |
| v. | :    Docket No. 01-2682(FSH) |
| | : |
| TEVA PHARMACEUTICALS USA, INC., | : |
| | : |
| Defendant/Counterclaimant and | : |
| TEVA PHARMACEUTICAL INDUSTRIES LTD. | : |
| Counterclaimant | : |
| | : |
| | : |

: 

:

_____

ORGANON INC. and AKZO NOBEL N.V.,   :

:

    Plaintiffs/Counterclaim Defendants,   :

:

:

v.   :

:

ALPHAPHARM PTY. LTD.,   :

:

    Defendant/Counterclaimant.   :       Docket No. 02-190(FSH)

:

    Defendant/Counterclaimant and   :

TEVA PHARMACEUTICAL INDUSTRIES LTD.   :

    Counterclaimant   :

:

:

_____

_____

| | | |
|---|---|---|
| PHARMACEUTICAL RESOURCES, INC., PAR PHARMACEUTICAL, INC. and GENPHARM INC., | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| ORGANON USA INC. and AKZO NOBEL N.V., | : | Docket No. 03-2838(FSH) |
| | : | |
| Defendants | : | |
| | : | |
| | : | |

_____

| | | |
|---|---|---|
| WALGREEN CO., et al., | : | |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| ORGANON, INC., and AKZO NOBEL N.V., | : | Docket No. 03-2221(FSH) |
| | : | |
| Defendants | : | |

_____

THIS MATTER having come before the Court for hearings regarding the defendant's assertion of the attorney-client privilege/work product rule regarding certain documents and the plaintiffs' challenges thereto; and for the reasons set forth on the record on April 22, 2004; and for good cause shown,

IT IS on this 22nd day of April, 2004

ORDERED that the parties shall submit a joint form of order memorializing the rulings

regarding the assertion of privilege/work-product protection no later than May 7, 2004;

IT IS FURTHER ORDERED that the defendants shall submit a certification in support of the work-product protection with respect to those documents identified on the record no later than May 5, 2004;

IT IS FURTHER ORDERED that Organon's expert reports shall be submitted no later than May 28, 2004;

IT IS FURTHER ORDERED that all rebuttal expert report shall be disclosed no later than June 28, 2004;

IT IS FURTHER ORDERED that expert depositions shall be completed no later than July 28, 2004;

IT IS FURTHER ORDERED that no other previously imposed deadlines will be extended; and

IT IS FURTHER ORDERED that counsel for Stephen LaFrance shall provide a status report to the Court no later than May 7, 2004.

                                                s/Patty Shwartz
                                        United States Magistrate Judge